UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re: Case No.: 26-24663-CAP
Chapter 7

MICHAEL PALANCE,

Debtor.
_______________________/

**DEBTOR'S EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE SCHEUDLES, STATEMENT OF FINANCIAL AFFAIRS AND RELATED PAPERS**

Debtor, Michael Palance, by and through undersigned counsel, pursuant to Local Rule 9013-1(C)(2), files this Ex-Parte Motion for Extension of Time to File Schedules, Statement of Financial Affairs, and Related Papers (collectively, the "Schedules"), and states:

1. On November 2, 2026, the Debtor filed a voluntary Chapter 7 petition.
2. The Schedules (Summary of Your Assets and Liabilities; Schedules A-J; Statement of Financial Affairs, Statement of Current Monthly Income; Payment Advices and related papers) are due for filing by November 16, 2026.
3. Due to the nature of the Debtor's financial affairs, the Debtor and counsel request an extension of the deadline to file the Schedules through and until December 1, 2026, which is seven (7) days prior to the Section 341 meeting of creditors set for December 8, 2026.
4. This Motion is filed in good faith and with the knowledge and consent of the Debtor.

WHEREFORE, the Debtor respectfully requests that this Court enter an Ex-Parte Order authorizing the Debtor through and until December 1, 2026 within which to file her Schedules, and for any further relief deemed just.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Dated: November 16, 2026.

Jeffrey S. Berlowitz, P.A.
Attorneys for the Debtor
169 E. Flagler Street
Suite 700
Miami, Florida 33131
Phone: (305) 205-6660
Email: jsb@jberllaw.com

By:/s/ *Jeffrey S. Berlowitz, Esq.*
Jeffrey S. Berlowitz, Esq.
Fla. Bar. No. 963739

**CERITIFCATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case including Michael Palance, 500 E. Las Olas Boulevard, #3906, Ft. Lauderdale, Florida 33301 (by U.S. Mail); Sonya Salkin Scott, Chapter 7 Trustee, PO Box 15580, Plantation, Florida 33318; and the Office of the United States Trustee, 51 SW 1st Avenue, Suite 1204, Miami, Florida 33130.

By:/s/ *Jeffrey S. Berlowitz, Esq.*
Jeffrey S. Berlowitz, Esq.